1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL WINFIELD,

11          Petitioner,              No. CIV S-08-2531 KJM P

12      vs.

13   L.H. SOLIMAN, et al.,

14          Respondents.            <u>ORDER</u>

15   _____/

16          Petitioner is a state prisoner proceeding pro se and in forma pauperis with an

17   application for writ of habeas corpus under 28 U.S.C. § 2254.  He has consented to the

18   magistrate judge's jurisdiction under 28 U.S.C. § 636(c).

19          By order filed June 10, 2010, the court dismissed petitioner's amended habeas

20   application and granted thirty days' leave to file a second amended application.  The thirty-day

21   period has now expired, and petitioner has not responded to the court's order.

22          Accordingly, IT IS HEREBY ORDERED that this action be dismissed without

23   prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

24   DATED:  September 10, 2010.

25

winf2531.fta

26                              _____

                                U.S. MAGISTRATE JUDGE

                                         1